UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>1857 EAST MAIN STREET, LLC, a California Limited Liability Company; QUIKSERVE ENTERPRISES, INC., a California Corporation; and Does 1-10,<br><br>Defendants. | Case: 2:17-CV-01124-MCE-EFB<br><br>**ORDER** |

### **ORDER**

Pursuant to Fed. R. Civ. Pro. 41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE